UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: David Lee Phillips<br>Attorney at Law, Bar No. 538 | Case No.: 2:20-ms-00026<br><br>ORDER TO SHOW CAUSE |

Attorney David Lee Phillips, Bar No. 538, was suspended by the Nevada Supreme Court pursuant to the Order of Suspension filed May 8, 2020.

It is therefore ordered that David Lee Phillips, Bar No. 538, has 30 days from the date of entry of this Order to Show Cause to show cause why this Court should not enter a reciprocal Order of Suspension.

Failure to respond by this date will result in the Court taking appropriate action pursuant to Local Rule IA 11-7.

DATED THIS 14th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 14th day of May 2020, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, return receipt requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> David Lee Phillips
> 700 South Fourth Street
> Las Vegas, NV 89101

> Certified Mail No.: 7019 0700 0001 7574 6833

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada